UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.: CV 10-0631-ABC (PJW)                                        Date: May 22, 2012

TITLE: *David Upton v. Arnold Schwarzenegger, et al.*
================================================================
PRESENT:

<u>HON. PATRICK J. WALSH, MAGISTRATE JUDGE</u>

| <u>Alma Felix (Relief CRD)</u> | <u>N/A</u> |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFF:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None                                                                   None


**PROCEEDINGS:** Order to Show Cause Re Plaintiff's Failure to File an Opposition to Defendants' Motion to Dismiss (In Chambers)


On March 15, 2012, Defendants Brown, Cates, O'Neil, and Palous filed a motion to dismiss the Third Amended Complaint ("TAC"), which has been joined by Defendant Merrick. (Docket Nos. 72, 94.) The Court gave Plaintiff until April 20, 2012, to file his opposition. (Docket No. 76.) On April 5, 2012, the Court denied Plaintiff's request for leave to file a Fourth Amended Complaint and gave him until May 18, 2012 to file his opposition. (Docket No. 78.) As of the date of this Order, Plaintiff has not filed an opposition. **Plaintiff now has 21 days, until June 12, 2012, to file his opposition to Defendants' motion to dismiss the Third Amended Complaint.** Plaintiff is warned that this is the last opportunity that he will be given to file an opposition.


Plaintiff is warned that failure to comply with this Order may result in dismissal of his case under Federal Rule of Civil Procedure 41(b).


**MINUTES FORM 90**                                                     Initials of Deputy Clerk   AF
**CIVIL -- GEN**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

cc:

David Upton  
7159 Century Ave.  
Hesperia, California 92345

Jill Alicia Vander Borght  
California Attorney General's Office  
300 S. Spring St., Ste. 1702  
Los Angeles, California 90013

```
S:\PJW\Cases-Civil Rights\UPTON 631\MO_OSC re opp MTD.wpd
```

**MINUTES FORM 90**  
**CIVIL -- GEN**

**Initials of Deputy Clerk  AF**