UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID UPTON, | ) CASE NO. ED CV 10-631-ABC (PJW) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING FINAL REPORT AND ) ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) AND RECOMMENDATIONS OF UNITED ) STATES MAGISTRATE JUDGE |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff and Defendants have objected. The Court accepts the Final Report and adopts it as its own findings and conclusions.

DATED: May 10, 2013

*Audrey B. Collins*
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED CV 10-631 ABC (PJW) Order accep r&r.wpd