UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID UPTON, | ) | CASE NO. ED CV 10-631-ABC (PJW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) | AND RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the Report and adopts it as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendant Roberts' motion to dismiss be granted as to Plaintiff's claims for injunctive relief and denied as to all other claims.

DATED:    June 13, 2014   .

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\ED CV 10-631 ABC (PJW) Order accep r&r 6-2014.wpd