UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | CASE NO. ED CV 10-631-AB (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's motion for partial summary judgment, Defendant's motion for summary judgment, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's motion for partial summary judgment is denied, Defendant's motion for summary judgment is granted, and the case is dismissed with prejudice.

         DATED:     October 30, 2017.

                                        _____
                                        ANDRE BIROTTE, JR.
                                        UNITED STATES DISTRICT JUDGE

C:\Users\ivaldes\AppData\Local\Temp\Order accep final r&r re msj.wpd

2