UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON, | CASE NO. ED CV 10-631-AB (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Final Report and Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: October 30, 2017.

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

C:\Users\ivaldes\AppData\Local\Temp\JUDGMENT-1.wpd